PETITION FOR WRIT OF HABEAS CORPUS: 28 U.S.C. 2241 (rev 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

Case 5:25-cv-00017-H-BR  Document 1  Filed 01/28/25   Page 1 of 12   PageID 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

BMy
JAN 28 2025 AM 8:18
FILED - USDC - NDTX - LU

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

__DANIEL RAY GARCIA__  
PETITIONER  
(Full name of Petitioner)

__Randall County Jail   Amarillo, TX  79118__  
CURRENT PLACE OF CONFINEMENT

vs.

__101883__  
PRISONER ID NUMBER

__5-25CV-017-H__

__Sheriff Christopher Forbis__  
RESPONDENT  
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

CASE NUMBER  
(Supplied by the District Court Clerk)

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ___ ___ pretrial detention;
2. ___ ✓ a conviction;
3. ___ ✓ a sentence;
4. ___ ___ jail or prison conditions;
5. ___ ___ a prison disciplinary proceeding;
6. ___ ✓ ~~parole or~~ mandatory supervision;
7. ___ ✓ time credits;
8. ___ ___ other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)  No  If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. _Sentenced on probation violation out of the 106th District Court, Gaines County Texas. Case No. 16-4669 on 7-15-2021 Appeal Period on 7-2021 Affirmend on 2022-Dec 8th, Petition for Discretionary Review in the Court Criminal Appeals of Texas on 2023 and Writ of habeas Corpus in same Court on 7-23-2024_

1. Place of detention: Randall County Jail 9100 S. Georgia, St. Amarillo, Tx 79118.

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: P.C. 22.02(a)(2) AGGRAVATED ASSAULT WITH A DEADLY WEAPON

3. Name and location of court in which your case is pending or in which you were convicted: Seminole, TX. 79360 / 106TH District Court of Gaines County Texas

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: Cause No. 16-4669, Aggravated Assault with a deadly weapon Tex. penal Code 22.02.(a)(2)

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: 10 years probation on June 1 2017, and on Same probation Sentenced to 10 years T.P.C.I on July 15 2021

6. Check whether a finding of guilty was made:

    a. after a plea of guilty         ✓

    b. after a plea of not guilty     _ _

    c. after a plea of nolo contendere _ _

7. If you were found guilty, check whether that finding was made by:

    a. a jury                         _ _

    b. a judge without a jury         ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    (Yes)        No

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number: 11TH District Court of Appeals in Texas Case No. 11-21-00200-CR

   (2) Result and date of result: Affirmed to Court Judgment on 12-8-22

   (3) Grounds raised (list each):

   (a) Violation of Appellant's 6th Amendment to the U.S. Const. and Art. 1, Sec 10 of Tex. Const.

   (b) arrest warrant violation of 4th Amendment to U.S. Const., The 14th Amendment violation

   (c) Cumulatadion Order in Case 16-4669 and 19-5086.

   (d) Appellant was not elagable of probation under Art. 42.12 of Tex. Code Crim. Proc. Void sentence

   b. (1) Name of court and docket or case number: Court Criminal Appeals of Texas Case WR-93,187-03

   (2) Result and date of result: denied without written order

   (3) Grounds raised (list each):

   (a) Appellant was not eligable for probation under Art 42.12 sec. 3g (a)(2)

   (b) invaled stacking of sentences

   (c) Warrant for Appellant Arrest was invaled in violation of 4th Amendment to U.S. Const. And Art. 1 Sec. 9 of Tex Const.

(d) _Time Crldet on Sentence was short 365 Day Acording to warrant_

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. **GROUND ONE:** _Violation of petitioners 4th Amendment to The United States Constitution., Warrant for Community Supervision Revokation, And Application are Invalid_

Supporting facts: _The warrant in said Case for Community Supervision Revoked was issued Before the Application to Revoke Suppervision the warrant issued on Dec. 14. 2018 The Application to Revoke Dec. 26. 2018. The Judge Can not issue a warrant Before The Application is given to him. The warrant was issued Dec. 14. 2018, went to Sheriffs hands on Jan. 7. 2018, Executed By sheriff on April. 30. 2018, filed By the 106th District Clerk of Gaines County on May 2. 2019 This is a 4th Amendment to the United States Constitution._

b. **GROUND TWO:** _Violation of petitioners 14th Amendment to The United States Constitution. Petitioner was not eligible to receive Community Suppervision Under Tex. Code Crim. Proc. ~~4242~~ Ann. Art. 4212 Sec. 39 (a)(2) Vernon, Supp. 1990._

Supporting facts: _Petitioner was not eligible for probation acording to texas law. Art. 42.12. Sec. 39. (a)(2) Vernon. Supp. 1990. The indictment will show Petitioner was Charged Aggavated Assault with A deadly weapon Tex penal Code. 22.02(a)(2)._

5

See Indictment in Said Case. The Judge was not authorized to give probaiton thus the probaiton and conviction is viod under the Texas Law and this is a violation of Petitioners 14th Amendment to the U.S. Const.

c. **GROUND THREE**: Time Credit violation of Petitioners 14th Amendment to U.S. Const.

Supporting facts: If the warrant was Executed on April 30 2018 Thus the State of Texas owse petitioner about 365 Day of time that was not given to him on said case. And if this Court Disagress then the warrant is Invalid in violation of petitioners 4th Amendment to the U.S. Const. See Docket on page 44 of Clerk records. of Gaines County 106 TH District court and Judgement on Day Petitioner only recived.

d. **GROUND FOUR**: Stacking Sentences in violation of Petitioners 14th Amendment to the U.S. Const.

Supporting facts: The 106th District Court of Gaines County Can not stack a old Case to the new one. It stacked Case 16-4669 to Case 19-5086. It is not Athorized to stack the older sentence to the New one Art 42.08 of Tex. Code-Crim Proc. The Stacking Sentences Did not Comple with said Artical. The Suppervison was a Conviction on June. 1, 2017 and should of Been stacked on the Conviction on June 22, 2021 This stacking order is a violation of Petitioners 14Th Amendment to The U.S. Const.

6

11. Relief sought in this petition: to set aside the Judgment of Conviction and Sentence. The Sentence was not authorized by law the Judgment is Therefore void.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    (Yes)   No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: 11th District Court of Appeals in Texas 11-21-00200-CR

    (2) Result and date of result: trial Court Judgment affirmed on Dec. 8, 2022

    (3) Grounds raised (list each):

    (a) Invalid warrant violation of 4th Amendment to the U.S. Const, and Art. 1 sec. 9 to The Tex Constitution.

    (b) Stacking Sentences, was not eligible for probation under the law.

    (c) 6th and 14th Amendment right to U.S. Const

    (d) _____

    b. (1) Name of court and docket or case number: Court of Criminal Appeals, No. (WR-93187-03) of Texas, denied without written order, Art 11.07

    (2) Result and date of result: denied without written order.

    (3) Grounds raised (list each):

    (a) Was not eligible for probation under Tex Code Crim proc. Art 42.12 sec 3g (a)(2)

7

(b) _Warrant and Application were Void or Invalid, violation of 4th Amendment to U.S Const_

(c) _Time Credit on Sentence._

(d) _____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

15. Are you presently represented by counsel?   Yes   (No)
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?   Yes   (No)


Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

*[signature]*
Signature of Attorney (if any)

9100 S. Georgia St
Amarillo, TX. 79118
Daniel Garcia #101883

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on Ex. Jan. 22 2025 (month, day, year).

Executed (signed) on *[signature]* 1-22-2025 (date).

*[signature]*
Signature of Petitioner (required)

Petitioner's current address:

9100 S. Georgia St
Amarillo, TX. 79118
Daniel Garcia #101883

# INMATE REQUEST FORM

DATE: 7-7-2024
INMATE: Daniel Garcia          SO#: 101883
CLUSTER: 3    POD: A B (C) D   CELL ASSIGNMENT: 301
              (CIRCLE ONE)

**CHECK APPROPRIATE BOX:**

- ☐ LAW LIBRARY REQUEST
- ☐ PLEA COURT (CHANGE PLEA)
- ☐ CLASSIFICATION REVIEW
- ☐ PROGRAMS (GED, AA, ETC.)
- ☒ MONEY ISSUES (COMMISSARY)

- ☐ PIN NUMBER
- ☐ VISITATION (BLOCK A VISITOR)
- ☐ CRISIS INTERVENTION TEAM
- ☐ TPC (MENTAL HEALTH)
- ☒ OTHER Sgt. Cpl. Parrie

*To Show I can't Pay 5$ if I that I Don't want to I can't*

ACCEPTED BY OFFICER: M Joy 320

**COMMENTS:** (CONTINUE ON BACK IF NECESSARY)

I need to no if I can get a 5$ check or money order I need to send it to the United States District Court for a 5$ file fee on papers I'm submitting I'll have the paper ready just Deduct 5$ from my Account. and Bring me the Check or money order to put in The Legal envelope And I'll seal it infront of you. Thank you.

**STAFF USE ONLY:**   ☐ APPROVED  ☐ DISAPPROVED

**COMMENTS:** We do not do that here at Randall.

OFFICER SIGNATURE: _____

UPDATED SEPT. 2017                                    24-107



